# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-3597

Sugeng Wahyudi v. Attorney General United States

(A097-193-332)

# O R D E R

On **November 28, 2017**, a petition for review was filed and served in the above-captioned action. Pursuant to Fed. R. App. P. 17(a), the administrative record shall be filed in this office within 40 days from the date of service of the petition. The Executive Office of Immigration Review is directed to file the record on or before 01/12/18**.**

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:  November 29, 2017
CLW/cc:   Carroll Lanham
             EOIR
              Jack J. C. Herzig  Esq.
              Thomas W. Hussey  Esq.
              Jeff Sessions  Esq.