UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-3597**

Wahyudi v. Attorney General

To:     Clerk

1) Unopposed Motion by Petitioner to Hold Briefing in Abeyance

---

The foregoing motion is granted. Briefing is hereby stayed pending adjudication of Petitioner's I-212 Application by the United States Citizenship and Immigration Services (USCIS). The parties are directed to file written reports addressing the status of the pending administrative proceedings on April 11, 2018, and every thirty (30) days thereafter. The parties must immediately advise the Clerk's Office in writing upon the disposition of the proceedings. In the event a further stay is necessary after the administrative proceedings are complete, a subsequent motion requesting such must be filed.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 9, 2018
CLW/cc: Jack J.C. Herzig, Esq.
       Margaret A. O'Donnell, Esq.